**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRANISHA MCCOTTRELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-cv-01073-SEP |
| | ) | |
| KENNELWOOD VILLAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

On January 21, 2026, mail that this Court sent to self-represented Plaintiff Tranisha McCottrell was returned without a forwarding address, and Plaintiff has not notified the Court of any change in her address.  According to the Local Rules of this Court, every self-represented party is required to promptly notify the Clerk of any change in her address or telephone number.  *See* E.D. Mo. L. R. 2.06(B).  "If any mail to a self-represented plaintiff or petitioner is returned to the Court without a forwarding address and the self-represented plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice."  *Id.*

More than 30 days have passed since the mail was returned, and Plaintiff has not notified the Court of a change of address.  The Court will therefore dismiss this action without prejudice pursuant to Local Rule 2.06(B).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice.**  A separate Order of Dismissal will be entered herewith.

**IT IS FURTHER ORDERED** that an appeal of this dismissal would not be taken in good faith.

Dated this 15th day of April, 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE